December 4, 1939

**No. 42763.**——Protests 970366–G, etc., of Amtorg Trading Corp. et al. Abstract 42639. Application by plaintiffs for rehearing granted.

Before the First Division, December 5, 1939

**No. 42764.**—Protests 955925–G, etc., of Butler Bros. et al. (New York).

Opinion by Brown, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42765.**—Protest 995813–G of Cohn & Rosenberger, Inc. (New York).

Opinion by Tilson, J. On the record presented the imitation pearl bead caps in question were held dutiable at 60 percent under paragraph 218 (f) as claimed. *Cohn* v. *United States* (2 Cust. Ct. 380, C. D. 161) followed.

**No. 42766.**—Protest 985148–G of Dan Brechner & Co. (New York).

Opinion by Tilson, J. Counsel agreed that the opera glasses in question are of the same kind as those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74). The claim at 35 percent under paragraph 228 (b) and T. D. 48316 was therefore sustained.

**No. 42767.**—Protest 953739–G of Strauss–Eckardt Co., Inc. (New York).

Opinion by Tilson, J. Harmonicas the same as those the subject of Abstract 40586 were held dutiable at 40 percent under paragraph 1541 as claimed.

**No. 42768.**—Protest 561178–G of Bullocks, Inc. (Los Angeles).

Opinion by Tilson, J. It was agreed that the merchandise consists of filling goods or containers in chief value of paper similar to those the subject of Abstract 29822. The claim at 35 percent under paragraph 1413 was therefore sustained.

Before the Second Division, December 5, 1939

**No. 42769.**—Protest 992756–G of Strauss–Eckardt Co. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise consists of serpentines the same as those the subject of Abstract 40644. The claim at 30 percent under paragraph 1413 was therefore sustained.